IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LYNN HARRIS, | § | |
| | § | No. 342, 2025 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1805005895 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: December 15, 2025
Decided: February 2, 2026

Before **VALIHURA**, **TRAYNOR**, and **LEGROW**, Justices.

## **ORDER**

After consideration of the appellant's opening brief, the appellee's motion to affirm, and the Superior Court record, we find it evident that the judgment below should be affirmed on the basis of and for the reasons cited by the Superior Court in its July 30, 2025 memorandum opinion denying the appellant's motion for postconviction relief.[1]

---

[1] *State v. Harris*, 2025 WL 2172452 (Del. Super. Ct. July 30, 2025).

NOW, THEREFORE, IT IS ORDERED that the appellee's motion to affirm be GRANTED and judgment of the Superior Court be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice